1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10

11  ATON CENTER, INC., a California          Case No.:  3:20-cv-00498-WQH-BGS
    corporation,
12                                           **ORDER**
                              Plaintiff,
13
    v.
14
    REGENCE BLUE SHIELD OF
15  WASHINGTON, a corporation; and
16  DOES 1 through 10, inclusive,

17                             Defendants.

18
HAYES, Judge:
19
          Having reviewed the parties' Joint Motion to Dismiss (ECF No. 35), filed pursuant
20
to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing,
21
          IT IS HEREBY ORDERED that this action, Case No. 3:20-cv-00498-WQH-BGS,
22
is dismissed in its entirety, with prejudice; and each party shall bear its own costs and fees.
23
The Clerk of the Court shall close the case.
24
     Dated:  April 18, 2022
25                                           _William Q. Hayes_
26                                           Hon. William Q. Hayes
                                             United States District Court
27
28

                                              1